# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUISE WOODS,** *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | **NO. 24-0058** |
| **v.** | : | |
| | : | |
| **PHILADELPHIA HOUSING** | : | |
| **AUTHORITY,** *et al.*, | : | |
| *Defendants.* | : | |
| | : | |

## ORDER

**AND NOW**, this 31ˢᵗ day of March 2026, upon consideration of Defendants Philadelphia Housing Authority, Kelvin Jeremiah, Janea Jordon, Dinesh Indala, Earl Samuel, Ronald Henry, Mary Moc, Ericka Corley, Tabatha Revell, Truc Nguyen, and Brahin Bilal's, (the "PHA Defendants"), *motion to dismiss*, (ECF 41), Plaintiffs' response in opposition, (ECF 44), the PHA Defendants' reply, (ECF 47), and the allegations in the operative complaint, (ECF 39), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**.  Accordingly, this matter is **DISMISSED** in its entirety.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*